# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : **Criminal No. 06-19 (EGS)** |
| | : |
| **AKIUBER NDOROMO JAMES,** | : |
| **aka AKUBE WUROMONI NDOROMO,** | : |
| **and VOICE OF SOCIAL CONCERN ASSOCIATION, INC.,** | : |
| | : |
| Defendants. | : |

## SUBMISSION OF PROPOSED PROTECTIVE ORDER
## GOVERNING THE DISCLOSURE OF HEALTH INFORMATION

The parties have agreed to the attached, proposed "Protective Order Governing the
Disclosure of Health Information," and respectfully request that the Court sign the proposed
order.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar # 451058

By: _____
ROBERT C. BOWMAN
Assistant United States Attorney
D.C. Bar # 417176
555 Fourth Street, NW
Washington, D.C. 20530
(202) 353-2877

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     : .

    **v.**       : **Criminal No. 06-19 (EGS)**

             :

AKIUBER NDOROMO JAMES,    :

aka AKUBE WUROMONI NDOROMO,  :

and VOICE OF SOCIAL CONCERN ASSOCIATION, INC., :

             :

     **Defendants.**    :


## ACKNOWLEDGMENT

  The below-signed read the attached Protective Order Governing the Disclosure of Health

Information, and agree to abide by its terms.  Counsel for defendant represents that disclosure to

the below-signed individual, a non-party to this litigation, is necessary for the purpose of this

litigation and that a copy of this acknowledgment will be provided to counsel for the

government.


Date: 4·21·06        _____

           David Boss

           Counsel for Defendant


Date: 4·21·06        _____

           Akiuber Ndoromo James

           Defendant