UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 23 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AKUIBER NDOROMO JAMES, a/k/a/ )<br>AKUBE WUROMONI NDOROMO )<br>)<br>Defendant. )<br>) | Crim. Action No. 06-19 (EGS) |

### ORDER

The Clerk of the Court is directed to send copies of the papers received by Chambers from Mr. Ndoromo to defense attorney Reita Pendry and Assistant United States Attorney Roy Austin.

SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          May 23, 2007