# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USA | : |
|  | : |
|  | : CR.# 06-19(EGS) |
|  | : |
| AKUBE JAMES | : |

## APPEARANCE

CLERK, please enter my appearance for the defendant, Akube Ndoromo, in this case as of December 4, 2007.

Respectfully submitted,

*/s/ Kevin McCants*

Kevin McCants

Kevin McCants
Bar # 493979
1001 Pennsylvania Avenue
Suite 600
Washington, DC 20004
202.742.6540 (phone)
202.330.5155 (fax)